➧ PS 8
(12/04)

# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JAN 0 8 2010

JAMES R LARSEN, CLERK
_____ DEPUTY
YAKIMA, WASHINGTON

U.S.A. vs.        Chad Eric Martinez        Docket No.        2:09CR06039-004

**Petition for Action on Conditions of Pretrial Release**

     COMES NOW David McCary, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Chad Eric Martinez who was placed under pretrial release supervision by the Honorable Cynthia Imbrogno sitting in the court at Spokane, WA, on the 14th day of July 2009, under the following conditions:

**Condition No. 18:** Refrain from any use of alcohol

**Condition No. 21:** Refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.

**Condition No. 28:** Prohibited Substance Testing: If random urinalysis testing is not done through a treatment program, random urinalysis testing shall be conducted through Pretrial Services, and shall not exceed six (6) times per month.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

**Violation No. 1:** Chad Martinez is considered in violation of his period of pretrial supervision in the Eastern District of Washington by using alcohol on or prior to November 12, 2009.

**Violation No. 2:** Chad Martinez is considered in violation of his period of pretrial supervision by using a controlled substance, methamphetamine, on or prior to December 14, 2009.

PRAYING THAT THE COURT WILL ORDER A SUMMONS

|  | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
|  | Executed on:   01/08/2010 |
| by | s/David L. McCary |
|  | David L. McCary<br>U.S. Probation Officer |

PS-8  
Re:  Martinez, Chad Eric  
January 8, 2010  
Page 2

## THE COURT ORDERS

[ ]  No Action  
[ ]  The Issuance of a Warrant  
[XX] The Issuance of a Summons  
[ ]  Other

S/ CYNTHIA IMBROGNO
--------------------
Signature of Judicial Officer

1/8/2010
--------
Date