PS 8
(12/04)

# UNITED STATES DISTRICT COURT
## for
### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JAN 26 2010

JAMES R LARSEN, CLERK
_____ DEPUTY
YAKIMA, WASHINGTON

U.S.A. vs.   Chad Eric Martinez   Docket No.   2:09CR06039-004

**Petition for Action on Conditions of Pretrial Release**

COMES NOW David McCary, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Chad Eric Martinez who was placed under pretrial release supervision by the Honorable Cynthia Imbrogno sitting in the court at Spokane, WA, on the 14 day of July 2009, under the following conditions:

**Condition No. 21:** Refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

**Violation No. 2:** Chad Martinez is considered in violation of his period of pretrial supervision by using a controlled substance, methamphetamine, on or prior to January 19, 2010.

PRAYING THAT THE COURT WILL ADDRESS THE ABOVE NOTED VIOLATION AT THE PRETRIAL VIOLATION HEARING CURRENTLY SCHEDULED FOR JANUARY 28, 2010.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 01/25/2010

by   s/David L. McCary

David L. McCary
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[✓] The Issuance of a Warrant
[ ] The Issuance of a Summons
[✓] Other

Warrant may be served at the Jan. 28, 2010 hearing in Spokane

_____
Signature of Judicial Officer

Jan. 26, 2010
Date