PROB 12C
(7/93)

Report Date: May 21, 2013

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAY 21 2013

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Chad Eric Martinez | Case Number: 2:09CR06039-004 |
| Address of Offender: ███████████████ | |

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: 2/16/2011

| | |
|---|---|
| Original Offense: | Distribution of 50 Grams or More of a Mixture or Substance Containing a Detectable Amount of Methamphetamine, 21 U.S.C. § 841(a)(1) |
| Original Sentence: | Prison - 33 Months; TSR - 48 Months |
| | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Aine Ahmed |
| | Date Supervision Commenced: 6/13/2012 |
| Defense Attorney: | Donald A. Kellman |
| | Date Supervision Expires: 6/12/2016 |

---

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime. |
| | **Supporting Evidence**: On May 21, 2013, Chad Eric Martinez was arrested and charged with unlawful possession of a firearm, a first degree felony, and driving with a suspended driver's license, misdemeanor, Spokane County Sheriff's Department, case number 13-163281. |
| | Mr. Martinez was stopped by a Spokane County Deputy Sheriff for a traffic offense and it was discovered that the defendant's driver's license was suspended. Mr. Martinez consented to a search of his vehicle and a Baretta Model 92F, 9 mm caliber pistol was found in the trunk. |
| 2 | **Mandatory Condition # 3**: The defendant shall not illegally possess a controlled substance. |
| | **Supporting Evidence**: During the search of Chad Eric Martinez' vehicle on May 21, 2013, by a Spokane County Deputy Sheriff, a bag containing a small amount of marijuana was discovered. |

3   **Special Condition # 16**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: On May 1, 2013, Chad Eric Martinez provided a urine sample which tested positive for the use of methamphetamine. On May 21, 2013, Chad Eric Martinez admitted to the arresting officer that he had used methamphetamine on or about May 20, 2013.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   05/21/2013

s/Curtis G. Hare

Curtis G. Hare
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

Signature of Judicial Officer

5/21/13
Date